**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ABRAHAM AGUILERA,**

      **Plaintiff,**

**v.**

**GADSDEN COUNTY BOARD OF
COUNTY COMMISSIONERS,**

      **Defendant.**

_____/

**Circuit Court of the Second
Judicial Circuit, in and for
Gadsden County, Florida**

**Case No. 15-CA-246
(Removed)**

**Federal Civil Action
No. 4:17-CV-00085**

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW Defendant, Gadsden County Board of County Commissioners (hereinafter "Defendant"), by and through its undersigned attorneys, pursuant to 28 U.S.C. Sections 1332 and 1446, and Local Rule 7.2 of the United States District Court for the Northern District of Florida, and hereby removes Plaintiff's Amended Complaint in the above-captioned action from the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, to this forum, on the following grounds:

1.    On or about March 22, 2015, Plaintiff, Abraham Aguilera (hereinafter "Plaintiff"), commenced the above-styled action against Defendant in the Circuit

Court of the Second Judicial Circuit, in and for Gadsden County, Florida, alleging a single count of retaliation under Florida's Public Sector Whistleblower Act.

2.      The Court dismissed Plaintiff's Complaint without prejudice on August 12, 2015.  On August 18, 2015, Plaintiff filed his Amended Complaint, again including only one count of retaliation under Florida's Public Sector Whistleblower Act.

3.      On March 14, 2016, Plaintiff filed a Motion for Leave to File Amended Complaint.  On February 9, 2017, the Court entered an Order granting that Motion. Plaintiff's now second Amended Complaint includes the count under Florida's Public Sector Whistleblower Act, as well as an additional count alleging national origin discrimination under Chapter 760, Florida Statutes, and Title VII of the Civil Rights Act, 42 U.S.C. §2000e et seq.

4.      Accordingly, this matter is now removable on the basis of federal question jurisdiction because Plaintiff's claims arise, in part, under the laws of the United States. See 28 U.S.C. Section 1331. This Court has supplemental jurisdiction over Plaintiff's claims arising under Chapter 760, Florida Statutes as these claims arise out of the same common nucleus of operative facts as do Plaintiff's federal claims.  See 28 U.S.C. Section 1367.

5.      Pursuant to 28 U.S.C. Section 1446 and Local Rule 7.2 of this Court, copies of all documents in the state court file have been attached as Exhibit "A."

6.      To date, 30 days or less have passed since the Court granted Plaintiff's Motion for Leave to File Amended Complaint.  Therefore, removal of this action is timely.

7.      In accordance with 28 U.S.C. Section 1446(d), the undersigned certifies that on this same day she has filed a copy of the foregoing Notice of Removal with the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida.

DATED this 14th day of February, 2017.

Respectfully submitted,

CONSTANGY, BROOKS
SMITH, & PROPHETE, LLP
200 W. Forsyth Street, Suite 1700
Jacksonville, Florida 32202
Telephone: (904) 356-8900
Facsimile: (904) 356-8200

By:  /s/ Ariel P. Cook
      Margaret P. Zabijaka
      Florida Bar No.: 0119880
      mzabijaka@constangy.com
      Ariel P. Cook
      Florida Bar No.: 0046812
      acook@constangy.com
      jacksonville@constangy.com

Attorneys for Defendant,
Gadsden County Board of
County Commissioners

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February, 2017, the undersigned electronically filed the foregoing Defendant's Notice of Removal which will be electronically served via the CM/ECF system on the following:

> Marie A. Mattox, Esquire
> Jim Garrity, Esquire
> Marie A. Mattox, P.A.
> 310 East Bradford Road
> Tallahassee, FL 32303
> Marie@Mattoxlaw.com
> Jim@mattoxlaw.com
>
> /s/ Ariel P. Cook
>        Attorney